# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

NORMAN TAI, CANDIS TAI,

        Plaintiffs,  Civil No. 1:13-cv-00766-PAB

  v.

THE UNITED STATES OF AMERICA,  (Removed from District Court for Garfield
SUSAN MEREDITH, R.A. MITCHELL,  County, Colorado)
M. COX, JASON BLOUCH

        Defendants.

## NOTICE OF MOTION & MOTION TO EXTEND TIME

PLEASE TAKE NOTICE that the United States of America ("United States"), by and through undersigned counsel, hereby moves the Court for an order extending the time for the United States to respond to Plaintiffs' Complaint, No. 3, until May 7, 2013. In support of this motion, the United States offers the following:

1.  Plaintiff filed the Complaint on March 5, 2013 in District Court, Garfield County, Colorado. *See generally* No. 1.

2.  Plaintiffs served one party, a named revenue officer, on March 8, 2013, but has not as of yet served any other parties in accordance with Rule 4. *Id*.

3.  The United States filed a Notice of Removal on March 25, 2013. *Id*.

4.  Normally, "[a] defendant who did not answer before removal must answer" within one of three abbreviated time periods. Fed. R. Civ. P. 81(c)(2).

5.      Because the United States did not respond prior to removal, Rule 81(c)(2) could be read to require the United States to respond on April 1, 2013, i.e., seven days after removal.  *See* Fed. R. Civ. P. 81(c)(2)(C).

6.      Arguably, however, Rule 81(c)(2)'s timeline conflicts with two other provisions.

7.      Rule 12(a) states that the United States has 60 days to respond to a complaint served on the United States Attorney.  Fed. R. Civ. P. 12(a).

8.      Likewise, in actions against the United States affecting property on which the United States has a lien, 28 U.S.C. § 2410 states that the United States may appear and answer, plead, or demur within 60 days after proper service.  *See* 28 U.S.C. § 2410(a), (b).

9.      Thus, under 28 U.S.C. § 2410 or Rule 12(a), the United States' deadline for responding would normally occur no later than 60 days after service on the United States Attorney.

10.     Assuming *arguendo* that service on the United States Attorney occurred on March 8, 2013, the deadline for the United States to respond would fall on May 7, 2013.

11.     In light of the potential ambiguity in the above, out of abundance of caution, and to conserve judicial resources, the United States submits this motion to fix the time for the United States to answer or otherwise respond to Plaintiff's petition as May 7, 2013.

12.     Alternatively, as a separate basis for granting this motion, without waiving any defenses, the United States requests additional time to investigate and obtain Internal Revenue Service, court, and other agency records essential to defending the United States' interests.

13.     Undersigned conferred with Plaintiff Candis Tai on March 26, 2013.

14.     Plaintiff Candis Tai refused to agree to any extension of time and indicated that Plaintiffs would also be opposing removal.

15.     The United States, however, contends that in spite of Plaintiffs' refusal no party will be prejudiced by an extension of minimal length and impact.

16.     The United States does not seek additional time for purposes of delay.

17.     The United States has not acted in bad faith.

18.     Accordingly, good cause exists under Fed. R. Civ. P. 6(b)(1) to extend time.

WHEREFORE, the United States prays that the Court grant this motion and order that the time for the United States to respond to the Petition extend until September 28, 2012.

Respectfully Submitted,

KATHRYN KENEALLY
Assistant Attorney General

 /s/ Lee Perla
LEE PERLA
Trial Attorney
U.S. Dept. of Justice
P.O. Box 683
Washington, D.C. 20044
(202) 616-3164
(202) 307-0054 (fax)
Lee.Perla@usdoj.gov

9768707.1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing on the parties hereto has been made on this date by depositing copies of the same in the United States First Class Mail in a postage prepaid envelope addressed to the following:

Mr. Norman Tai
Ms. Candis Tai
131Ermine Lane
Carbondale, CO 81623
Tel:  970-704-1068

      /s/ Lee Perla
LEE PERLA
Trial Attorney
U.S. Dept. of Justice

9768707.1