## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

NORMAN TAI, CANDIS TAI,

           Plaintiffs,           Civil No.  1:13-cv-00766-PAB

    v.

THE UNITED STATES OF AMERICA,    (Removed from District Court for Garfield
SUSAN MEREDITH, R.A. MITCHELL,    County, Colorado)
M. COX, JASON BLOUCH

           Defendants.

---

### CERTIFICATE OF SERVICE

---

IT IS HEREBY CERTIFIED that service of the Court's Instructions Regarding Notice of

Availability of a United States Magistrate Judge, *see* No. 4, has been made on this date by

depositing a copy of the same in the United States First Class Mail in a postage prepaid envelope

addressed to Mr. Norman Tai, Ms. Candis Tai, 131Ermine Lane, Carbondale, CO 81623,  Tel:

970-704-1068.

        Respectfully Submitted,

        KATHRYN KENEALLY
        Assistant Attorney General

        /s/ Lee Perla
        LEE PERLA
        Trial Attorney
        U.S. Dept. of Justice
        P.O. Box 683
        Washington, D.C. 20044
        (202) 616-3164
        (202) 307-0054 (fax)
        Lee.Perla@usdoj.gov

9768707.1

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing on the parties hereto has been made on this date by depositing copies of the same in the United States First Class Mail in a postage prepaid envelope addressed to the following:

Mr. Norman Tai
Ms. Candis Tai
131Ermine Lane
Carbondale, CO 81623
Tel:  970-704-1068

/s/ Lee Perla
LEE PERLA
Trial Attorney
U.S. Dept. of Justice

9768707.1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Instructions Regarding**
**Notice of Availability of a United States Magistrate Judge**
**to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73,**
**and D.C.COLO.LCivR 72.2**

Attached please find a copy of the United States District Court for the District of Colorado Local Rules of Practice 72.2 (D.C.COLO.LCivR 72.2), a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Consent to the Exercise of Jurisdiction by a United States Magistrate Judge, and a proposed Order of Reference.

Pursuant to D.C.COLO.LCivR 72.2, it is the responsibility of the filing party to serve a copy of these instructions, D.C.COLO.LCivR 72.2, and the attached forms on the opposing party or parties and to file proof of such service with the court. The filing party is the plaintiff when an action is commenced by the filing of a complaint, the defendant when an action is commenced by the filing of a notice of removal, the third-party plaintiff when a third-party complaint is filed, or any party that adds an additional party to the civil action.

If ALL parties have consented to this exercise of jurisdiction please file the Notice and Consent and proposed Order of Reference. In accordance with D.C.COLO.LCivR 72.2D, the Notice and Consent must be filed no later than fourteen days after the discovery cut-off. In cases not requiring discovery, the parties shall have 40 days from the filing of the last responsive pleading to file their unanimous consent.

If any additional parties are added after the entry of an Order of Reference to the magistrate judge under 28 U.S.C. § 636(c), the party adding an additional party or parties MUST file with the clerk a document titled "Notice," which informs the clerk that an additional party has or parties have been added. The notice MUST provide the added party's address, or parties' addresses, so that the clerk can serve a copy of these instructions, D.C.COLO.LCivR 72.2, and attached forms upon the newly added party or parties in accordance with D.C.COLO.LCivR 72.2F. This mailing will be completed promptly.

You are encouraged to serve the summons and complaint promptly so that the added party or parties will understand the reason for being sent the attached forms from the Clerk's Office.

(12/1/12)

**D.C.COLO.LCivR 72.2**
**CONSENT JURISDICTION OF MAGISTRATE JUDGES**

A.    Designation. Pursuant to 28 U.S.C. § 636(c)(1) and subject to the provisions of this rule, all full-time magistrate judges in the District of Colorado are specially designated to conduct any or all proceedings in any jury or nonjury civil matter and order the entry of judgment in the case. This rule, implementing 28 U.S.C. § 636(c) consent jurisdiction in the District of Colorado, does not affect assignments to magistrate judges under other court rules and orders of reference.

B.    Prohibition. No judicial officer, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule. The form of notice of right to consent to disposition by a magistrate judge shall make reference to the prohibition and shall identify the rights being waived.

C.    Notice. Upon the filing of any civil case, the clerk shall deliver to the plaintiff(s) written notice of the right of the parties to consent to disposition of the case by a magistrate judge pursuant to 28 U.S.C. § 636(c) and the provisions of this rule. The written notice shall be in such form as the district judges shall direct. The clerk shall also provide copies of such notice to be attached to the summons and thereafter served upon the defendant(s) in the manner provided by Fed. R. Civ. P. 4.  A failure to serve a copy of such notice upon any defendant shall not affect the validity of the service of process or personal jurisdiction over the defendant(s).

D.    Unanimous Consent; Determination. Written consent to proceed before a magistrate judge must be filed no later than fourteen days after the discovery cut-off date. In cases not requiring discovery, the parties shall have 40 days from the filing of the last responsive pleading to file their unanimous consent. When there is such consent, the magistrate judge shall forthwith notify the assigned district judge, who will then determine whether to enter an order of reference pursuant to 28 U.S.C. § 636(c).

E.    Assignment. On entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be assigned to the magistrate judge then assigned to the case.

F.    Additional Parties. Any party added to the action or served after reference to a magistrate judge under this rule shall be notified by the clerk of the right to consent to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c). If any added party does not file a consent to proceed before a magistrate judge within 21 days from the date of mailing of the notice, the action shall be returned to the assigned district judge for further proceedings.

G.    Vacating Reference. The district judge, for good cause shown on the district judge's own initiative or under extraordinary circumstances shown by a party, may vacate a reference of a civil matter to a magistrate judge under this rule.

H.    Appeal. Upon entry of a judgment in any civil action on consent of the parties under 28 U.S.C. § 636(c) authority, an appeal shall be directly to the United States Court of Appeals for the Tenth Circuit in the same manner as an appeal from any other judgment of this court.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

Plaintiff(s),

v.

Defendant(s).

___

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

___

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, you are hereby notified that a United States magistrate judge of this district court is available to handle all dispositive matters in this civil action, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent and the district judge orders the reference to a magistrate judge under 28 U.S.C. § 636(c).

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

Pursuant to D.C.COLO.LCivR 72.2, no district judge or magistrate judge, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the appropriate United States Court of Appeals in the same manner as an appeal from any other judgment of a district court.

If this civil action has been referred to a magistrate judge to handle certain nondispositive matters, that reference shall remain in effect. Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be assigned to the magistrate judge then assigned to the case.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, the parties in this civil action hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| Print _____ | _____ | _____ |
| _____ | _____ | _____ |
| Print _____ | _____ | _____ |
| _____ | _____ | _____ |
| Print _____ | _____ | _____ |
| _____ | _____ | _____ |

(Rev. 12/01/11)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

_____,

Plaintiff(s),

v.

_____,

Defendant(s).

_____

ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

_____

Pursuant to D.C.COLO.LCivR 72.2 on the _____ day of _____,

_____, Magistrate Judge _____ notified the court of the parties'

unanimous consent to disposition of the above action by a United States Magistrate

Judge.  Now, therefore, being sufficiently advised,

IT IS ORDERED as follows:

The above action is referred for disposition to the magistrate judge currently

assigned to the case pursuant to 28 U.S.C. § 636 (c).

BY THE COURT:

DATED: _____          _____

United States District Court Judge