# VERIFIED RETURN OF SERVICE

Attorney: **Candis Tai, PO Box 1113, 9707041068**

Court: **District Court, COUNTY OF GARFIELD**

Case No: **2013CV101**
Court Date/Time: /
Court Room:

Plaintiff/Petitioner: **Norman and Candis Tai**

vs.

Defendant/Respondent: **The Internal Revenue Service, et al.**

Received by One Source Process on the 15th day of November, 2013 at 9:00 AM to be served on:
**US Attorney General**
950 Pennsylvania Ave NW
Washington, DC 20530

I, **Brandon Ogilvie**, being duly sworn, depose and say that on the 15th November, 2013 at 10:23 AM, executed service by delivering a true copy of the **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM, OR THIRD PARTY COMPLAINT; VERFIFIED COMPLAINT; BRIEF IN SUPPORT OF ORDER TO SHOW CAUSE, EXHIBITS** at the address above.

**GOVERNMENT SERVICE:** Shauna Robinson (AUTHORIZED PERSON)

The person served was over the age of 15 and was advised of the contents.

Based upon inquiry, the party served is not currently in the military service of the United States of America.

I certify that I am of legal age, I have no interest in the above action and that I am a certified or sheriff appointed process server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true.

Attempts and Service Comments:
• 950 Pennsylvania Ave NW , Washington, DC 20530:

Description of the person served: Female, Black skin, Black hair, Approx. Age: 50 years, Approx. Height: 5 ft 6 in., Approx. Weight: 250 lbs.

11/15/13

X _____
Brandon Ogilvie
Process Server #:
One Source Process
2200 Pennsylvania Ave NW East Tower 4th Floor
Washington, DC, 20037
202-459-4760
Atty File#:
Job ID#: 106890

106890 106890 106890 106890 106890 106890