IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| Norman Tai, Candis Tai | ) | |
| | ) | |
| Plaintiffs, | ) | Case: 1:13-cv-00766-RM-BMB |
| | ) | |
| v. | ) | |
| | ) | |
| THE INTERNAL REVENUE SERVICE, SUSAN MEREDITH, R.A.MITCHELL, M. COX, JASON BLOUCH | ) ) ) ) ) | (Removed from District Court for Garfield County, Colorado) |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

**RESPONSE TO RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

NOW COMES, Norman and Candis Tai (Plaintiffs), in response to the "Recommendation of United States Magistrate Judge" (Recommendation) (Dkt #38) to dismiss the Complaint "for failure to timely serve the defendants".

The Recommendation states "On November 15, 2013, the plaintiffs filed an "Affidavit of Non-Service" on defendants Meredith, Mitchell, and Cox [Dkt. #34]." As the IRS employee cited in the affidavit did admit that the three named agents did NOT work for the IRS according to their National Service Directory, it became a matter of impossibility to effect personal service upon named agents.  Surely Plaintiffs are not to be held to do the impossible.  It is a *fact* that many of the purported signatures on IRS Notices of Lien are simply signature stamps passed around the agency and used by many people all over the country.  The actual people who use the stamps can rarely be identified, even through Freedom of Information Act requests.  This particular situation proves that out as the IRS reports that the actual people whose names belong

to the stamps do not currently work for the agency.  Pro se Plaintiffs respectfully ask this Court for clarification on how to effect service on alleged IRS agents that do not work for the agency and whose whereabouts are unknown. If Plaintiffs are to effect service by publication, then clarification on where this can be accomplished to satisfy the Rule 4 requirement is needed.

The recommendation also states "In addition, the plaintiffs filed a blank form for consent by a magistrate judge [Dkt. #36], which they titled as a "certificate of mailing/service re Complaint upon the US Attorney General, Washington, D.C."".  The filing of this document was a <u>mistake</u> made by Case Administrator Eileen Van Alphen who was attempting to assist in an Electronic Filing issue Plaintiffs were experiencing.  This mistake was corrected on December 5, 2013 when Ms. Van Alphen placed the proper document into the record [Dkt. #36].

Service on the Internal Revenue Service by certified mail was effected on December 16, 2013 [Dkt 39] pursuant to rule 4 (2). Proof of service on Agent Blouch was effected March 8, 2013 [Dkt 40].

Respectfully submitted this 16th day of December, 2013.

/s/Norman Tai  
Norman Tai

/s/Candis Tai  
Candis Tai

**CERTIFICATE OF SERVICE**

       IT IS HEREBY CERTIFIED that service of the foregoing on the parties hereto has been made on December 16, 2013 by filing through the Court's ECF system:

LEE PERLA
Trial Attorney
U.S. Dept. of Justice
Civil Trial Division
PO Box 683
Ben Franklin Station
Washington, D.C. 20044

                                         /s/ Norman Tai
                                         Norman Tai

                                         /s/ Candis Tai
                                         Candis Tai
                                         131 Ermine Lane
                                         Carbondale, CO 81623
                                         Registered ECF Participant